An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GERMIN R. CORDON A/K/A OSCAR ZUNIGA,
Appellants,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63134

**FILED**

JUN 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a motion to withdraw a guilty plea and vacate the conviction and/or modify sentence. Eighth Judicial District Court, Clark County; Abbi Silver, Judge.

The district court's order was filed on April 2, 2013. We lack jurisdiction because the notice of appeal was filed on May 3, 2013, one day after the expiration of the 30-day appeal period prescribed by NRAP 4(b)(1)(A). *See Edwards v. State*, 112 Nev. 704, 709, 918 P.2d 321, 325 (1996); *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17495

cc: Hon. Abbi Silver, District Judge
Law Offices of Anthony D. Guenther, Esq.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Germin R. Cordon